MITCHELL L. ABDALLAH,  #231804
ABDALLAH LAW GROUP
1006 4TH STREET, 4TH FLOOR
SACRAMENTO, CA  95814
TEL:/ (916) 446-1974
FAX:/ (916) 446-3371
MITCH@ABDALLAHLAW.NET

Attorneys for Plaintiff: Rickie L. Walker

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICKIE L. WALKER,** | Case No. 2:09-CV-03171-GEB-DAD |
| **Plaintiff,** | DC No. MLA-001 |
| **V.** | Hearing Date: Monday, June 7, 2010 |
| **CITIBANK, ET AL.** | Time: 9:00 am |
| | Dept: 10 |
| **Defendant.** | United States Federal Courthouse |
| | 501 I Street |
| | Sacramento, CA 95814 |
| | Honorable Judge Garland E. Burrell, Jr. |

**[*PROPOSED*] ORDER GRANTING MOTION TO VACATE JUDGMENT FOR SANCTIONS AND ORDER TO REFERRAL TO STATE BAR OF CALIFORNIA**

The motion of Plaintiff/moving party, Rickie L. Walker, to Vacate Judgment for Sanctions and Order to Referral to State Bar of California came on regularly on June 7, 2010 in Department 10, of the above entitled court at 9:00 am before the Honorable Judge Garland E. Burrell, Jr.

THEREFORE  IT IS HEREBY ORDERED that pursuant to Federal Code of Civil Procedure  §60 (b) due to inadvertence and excusable neglect, Plaintiff's motion to vacate judgment for sanctions and order to referral to the State Bar of California is hereby granted.

1  ///

2  APPROVED AS TO FORM:

3

4  __/s/ Mitchell L. Abdallah_____
   Mitchell L. Abdallah

5

6  Dated: __May 13, 2010_____

7                                              _____
                                               Honorable Garland E. Burrell, Jr.,
                                               Judge of the Eastern District Court
8