MITCHELL L. ABDALLAH #231804
ABDALLAH LAW GROUP
1006 4th Street, 4th Floor
Sacramento, CA 95814
Telephone: (916) 446-1974
Facsimile: (916) 446-3371

Attorney for Plaintiff, RICKIE L. WALKER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICKIE L. WALKER,**<br><br>PLAINTIFF.<br><br>V.<br><br>**CITIBANK, ET AL,**<br><br>DEFENDANT. | **Case No. 2:09-CV-03171-GEB-DAD**<br><br>**PROOF OF PAYMENT**<br><br>Hearing Date: Monday, June 21, 2010<br>Time: 9:00 am<br>Dept: 10<br>United States Federal Courthouse<br>501 I Street, 6th Floor<br>Sacramento, CA 95814<br>Honorable Judge Garland E. Burrell, Jr. |

**PROOF OF PAYMENT**

**TO THE HONORABLE JUDGE GARLAND E. BURRELL, JR:**

PLEASE TAKE NOTICE that on Friday June 18, 2010, Plaintiff's counsel submitted payment pursuant to the court order dated April 8, 2010 in the amount of $400.00 with replacement check number 2633. Plaintiff's counsel originally mailed the payment on May 5, 2010, attached herewith as Exhibit A, however the court did not receive said

1.

payment. Plaintiff's counsel checked with its issuing financial institution and the original check number 2546 has not cleared.

ABDALLAH LAW GROUP

Dated: __June 18__, 2010  _____
Mitchell L. Abdallah

2.

*Proof of Payment*  *WALKER V. CITIBANK*

# EXHIBIT A

ABDALLAH LAW GROUP   980 9th St.,16th Floor   Sacramento, CA  95814                                                      2546

US District Court
05/05/10   Sanction Fee                                      ADMISSION FE        400.00                           400.00

05/05/10        2545                 Gross:         400.00   Ded:        0.00  Net:              400.00

---

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER                                    2546

**ABDALLAH LAW GROUP**
980 9TH STREET, 16TH FLOOR
SACRAMENTO, CA 95814

CHASE
LODI FINANCIAL CENTER  0690
LODI, CA 95242

90-7162/3222

DATE

AMOUNT

05/05/10                                          ****$400.00

*** FOUR HUNDRED & 00/100 DOLLARS

PAY
TO THE
ORDER
OF:   US District Court

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.  TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑊002546⑊ ⑊322271627⑊ 3573483753⑊

---

ABDALLAH LAW GROUP   980 9th St.,16th Floor   Sacramento, CA  95814                                                      2546

| 2100.000 US District Court | | | | | |
|---|---|---|---|---|---|
| 05/05/10  Sanction Fee | | WALKER | 400.00 | | 400.00 |

| 06/18/10 | 2633 | Gross: | 400.00  Ded: | 0.00  Net: | 400.00 |

---

**ABDALLAH LAW GROUP**
980 9TH STREET, 16TH FLOOR
SACRAMENTO, CA 95814

CHASE
LODI FINANCIAL CENTER  0690
LODI, CA 95242

90-7162/3222

2633

DATE

AMOUNT

06/18/10    2633    ****$400.00

*** FOUR HUNDRED & 00/100 DOLLARS

PAY TO THE ORDER OF: **US District Court**

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER
THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈002633⑈ ⑆322271627⑆ 3573483753⑈

AO82
(Rev. 4/90)

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**for the**
EASTERN DISTRICT OF CALIFORNIA

№ 190252

at

RECEIVED FROM Abdallah Law Group
FBO: Mitchell Luke
Abdallah

| ACCOUNT | AMOUNT | |
|---|---|---|
| | 400 | 00 |
| | | |
| | | |
| TOTAL | 400.00 | |

Case Number or Other Reference
09CV3171 GEB DAD

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (1/2) |
| 510100 | Registry Fee |
| 387510 | National Fine Center |

Sanctions
Check # 2033

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

| DATE | Cash | Check | M.O. | Credit | DEPUTY CLERK |
|---|---|---|---|---|---|
| 6/18/10 ~~19~~ | | ✓ | | | K. Zignago |